IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BERTHA JACKSON,

    Plaintiff,

vs.                                             CASE NO.: 4:08cv103-SPM/WCS

ROY L. WENFEILD, P.A.

    Defendant.
_____/

## ORDER APPROVING THIRD STIPULATION FOR EXTENSION OF TIME

This cause comes before the Court on the Notice of Third Joint Stipulation (doc. 8) for an extension of time for Defendant to respond to the complaint. For good cause shown, in accordance with Northern District of Florida Local Rule 6.1, it is

ORDERED AND ADJUDGED:

1.     The stipulation is approved.

2.     Defendant shall have up to and including June 23, 2008, to file a response to the complaint or seek an additional extension of time from the Court.

DONE AND ORDERED this 13th day of June, 2008.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge