IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BERTHA JACKSON,

       Plaintiff,

vs.                                  CASE NO.: 4:08cv103-SPM/WCS

ROY L. WENFEILD, P.A.

       Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

This case has been dismissed with prejudice, with the parties to bear their

own respective costs and attorneys' fees, pursuant to the Joint Stipulation for

Dismissal With Prejudice (doc. 12) and Federal Rule of Civil Procedure 41(a)(1).

Accordingly, the clerk shall close this case.

SO ORDERED this 27th day of June, 2008.


_s/ Stephan P. Mickle_____

Stephan P. Mickle
United States District Judge